UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD CHANG,<br><br>    Plaintiff,<br><br>v.<br><br>ZHENG TAO HAN, an individual; CHI-MING WU a/k/a/ FRED WU, an individual; BIOSUCCESS BIOTECH CO., LTD., a Cayman Islands corporation; BIOSUCCESS BIOTECH CO., LTD., a Nevada corporation; and DOES 1-50, inclusive,<br><br>    Defendant. | Case No.: 5:14-CV-00426-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

This matter is currently set for a Case Management Conference on May 23, 2014. In light of the pending Motion to Transfer, see Docket Item No. 33, the court finds that a conference is premature at this time and hereby VACATES the conference. The court shall set a Case Management Conference, if necessary, in its order on Defendants' Motion to Transfer.

**IT IS SO ORDERED**

Dated: May 19, 2014

                                                              EDWARD J. DAVILA
                                                              United States District Judge

Case No.: 5:14-CV-00426-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE