LEE TRAN & LIANG LLP
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Heather F. Auyang (SBN 191776)
heather.auyang@ltlw.com
Lisa J. Chin (SBN 259793)
lisa.chin@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

Attorneys for Defendants and Counterclaimants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. CHANG,<br><br>Plaintiff,<br><br>v.<br><br>ZHENG TAO HAN, an individual; and CHI-MING WU A/K/A FRED WU, an individual, BIOSUCCESS BIOTECH, CO., LTD., a Cayman Islands Corporation, BIOSUCCESS BIOTECH, CO., LTD., a Nevada Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:14-cv-04511-SJO-RZ<br><br>Honorable Judge S. James Otero<br><br>**NOTICE OF RELATED CASES** |
| ZHENG TAO HAN, an individual, BIOSUCCESS BIOTECH, CO., LTD., a Cayman Islands Corporation, BIOSUCCESS BIOTECH, CO., LTD, a Nevada Limited Liability Company,<br><br>Counterclaimants,<br><br>v.<br><br>RICHARD L. CHANG,<br><br>Counterclaim Defendant. | |

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that the following cases that was previously filed in this Court are related to the instant case in that the matters are closely interrelated, including involving the same or a closely related transactions, happenings or events, calling for the determination of the same or substantially related or similar questions of law and fact, and would entail substantial duplication of labor if heard by different judges.  The instant case involves the same intellectual property and contracts.

The related case includes the following consolidated cases:

- *Richard L Chang v. Biosuccess Biotech Co. Ltd. et al*, Lead Case No. CV13-01340 JAK (ANx) [[Consolidated with *Biosuccess v. Rich Pharmaceuticals, Imagic LLC, Richard L. Chang Holdings, and Ben Chang*, Case No. CV14-00310 JAK (ANx)]].

The present case was transferred from the Northern District of California [Case No.: 5:14-CV-00426-EJD] by an Order dated June 4, 2014.  [Dkt No. 54].  In granting transfer, the Court found that the present case is indeed related to the consolidated cases listed above:

> [T]he consolidated Central District case both arise out of Plaintiff's employment relationship with Defendants; the discovery required in this case may substantially overlap with that already taken in the Central District action; no relevant witnesses reside in this district; and, given the progress made in the Central District action, Judge Kronstadt is already deeply familiar with the parties, operative facts, and legal issues in these cases.  [Dkt No. 54 at 3: 10-14].

| | |
|---|---|
| Dated: June 17, 2014 | **LEE TRAN & LIANG LLP**<br><br>By: /s/ Enoch H. Liang<br>    Enoch H. Liang<br>Attorneys for Defendants and<br>Counterclaimants |