| | |
|---|---|
| 1  Jack Russo (Cal. Bar No. 96068)<br>   Christopher Sargent (Cal. Bar No.<br>2  246285)<br>   ENTREPRENEUR LAW GROUP LLP<br>3  401 Florence Street<br>   Palo Alto, CA 94301<br>4  650-327-9800<br>   650-618-1863 (fax)<br>5  jrusso@computerlaw.com<br>   csargent@computerlaw.com<br>6<br>   Attorneys for Plaintiff<br>7  RICHARD L. CHANG | LEE TRAN & LIANG LLP<br>Enoch H. Liang (SBN 212324)<br>enoch.liang@ltlattorneys.com<br>Heather F. Auyang (SBN 191776)<br>heather.auyang@ltlattorneys.com<br>601 S. Figueroa Street, Suite 3900<br>Los Angeles, CA 90017<br>Telephone: (213) 612-8900<br>Facsimile: (213) 612-3773<br><br>Attorneys for Defendants and<br>Counterclaimants Zheng Tao Han, Chi-Ming Wu a/k/a Fred Wu, Biosuccess<br>Biotech, Co. Ltd. (Cayman), and<br>Biosuccess Biotech, Co. Ltd., (Nevada) |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. CHANG,<br><br>         Plaintiff,<br><br>    v.<br><br>ZHENG TAO HAN, an individual; and CHI-MING WU A/K/A FRED WU, an individual, BIOSUCCESS BIOTECH, CO., LTD., a Cayman Islands Corporation, BIOSUCCESS BIOTECH, CO., LTD., a Nevada Corporation, and DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No. 2:14-cv-04511-SJO-RZ<br><br>**PARTIES' STIPULATION TO MOVE HEARING DATE FOR PLAINTIFF RICHARD CHANG'S MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS [DKT. NO. 62]**<br><br>**[PROPOSED ORDER FILED CONCURRENTLY]** |
| ZHENG TAO HAN, an individual, BIOSUCCESS BIOTECH, CO., LTD., a Cayman Islands Corporation, BIOSUCCESS BIOTECH, CO., LTD, a Nevada Limited Liability Company,<br><br>         Counterclaimants,<br><br>    v.<br><br>RICHARD L. CHANG,<br><br>         Counterclaim Defendant. | Hon: S. James Otero<br>Date: July 21, 2014<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |

**PARTIES' STIPULATION TO MOVE HEARING DATE FOR PLAINTIFF RICHARD CHANG'S MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS [DKT. NO. 62]**
**Case No. 2:14-cv-04511-SJO-RZ**

|    |                                                                                                     |

**THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE AS FOLLOWS:**

WHEREAS, on June 11, 2014, the present case was transferred from the Northern District of California based on Defendants' Zheng Tao Han, Chi-Ming Wu a/k/a Fred Wu, Biosuccess Biotech, Co. Ltd. (Cayman), and Biosuccess Biotech, Co. Ltd., (Nevada) (collectively "Defendants") motion to transfer due to two cases pending in the Central District of California before Judge Kronstadt [Lead Case No. CV13-01340 JAK (ANx) consolidated with Case No. CV14-00310 JAK (ANx)] ("Judge Kronstadt Cases");

WHEREAS, on June 17, 2014, Defendants' filed a Notice of Related Cases to the Judge Kronstadt Cases [*see* Dkt No. 61] and Judge Kronstadt has not yet accepted transfer;

WHEREAS, on June 10, 2014, a case with the same Defendants titled *Ben Chang v. Biosuccess Biotech, Co. Ltd., a Cayman Islands Corporation, Biosuccess Biotech, Co. Ltd., a Nevada Corporation, Chi-Ming Wu a/k/a Fred Wu, and Zheng Tao Han* ("Ben Chang case"), was transferred from the Northern District of California to Judge Pregerson (Case 2:14-cv-04446-DDP-AS) [*see* Dkt No. 45] based on Defendants' motion to transfer due to the Judge Kronstadt Cases;

WHEREAS, on June 17, 2014, Defendants' filed a Notice of Related Cases in the Ben Chang case [*see* Dkt No. 49] and on June 27, Judge Kronstadt accepted transfer of the Ben Chang case [*see* Dkt No. 50];

WHEREAS, on June 18, 2014, Plaintiff Richard Chang filed a Motion to Dismiss Defendants' Amended Counterclaims with a hearing date set for July 21, 2014 [Dkt No. 62];

WHEREAS, the parties agree that in the interest of conserving judicial and parties' resources, the present case should be transferred with the other three cases pending before Judge Kronstadt;

1

**PARTIES' STIPULATION TO MOVE HEARING DATE FOR PLAINTIFF RICHARD CHANG'S MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS [DKT. NO. 62]**
**Case No. 2:14-cv-04511-SJO-RZ**

WHEREAS, in order to give Judge Kronstadt additional time to accept transfer of the present case and avoid wasting this Court's time, the parties agree to move the hearing date presently set for July 21 to August 11, 2014.

WHEREAS, Defendants' Opposition currently due on June 30, would now be due on July 21, and Plaintiff's Reply currently due on July 7, would now be due July 28.

THEREFORE, the Parties hereby agree and stipulate as follows:

1. The July 21, 2014 hearing date currently set for Plaintiff's Motion to Dismiss Defendants' Amended Counterclaims shall be taken off-calendar;

2. The hearing date for Plaintiff's Motion to Dismiss Defendants' Amended Counterclaims is set for August 11, 2014;

3. Defendants' Opposition is due on July 21; and

4. Plaintiff's Reply is due July 28.

Dated: June 30, 2014

**ENTREPRENEUR LAW GROUP LLP**

By: /s/ Chris Sargent
    Chris Sargent
Attorneys for Plaintiff
RICHARD CHANG

Dated: June 30, 2014

**LEE TRAN & LIANG LLP**

By: /s/ Enoch Liang
    Enoch H. Liang
Attorneys for Defendants
ZHENG TAO HAN, CHI-MING WU A/K/A FRED WU, BIOSUCCESS BIOTECH, CO. LTD. (CAYMAN), AND BIOSUCCESS BIOTECH, CO. LTD., (NEVADA)

## ATTESTATION OF E-FILED SIGNATURES

I, Heather F. Auyang, am the ECF user whose ID and password are being used to file this PARTIES' STIPULATION TO MOVE HEARING DATE FOR PLAINTIFF RICHARD CHANG'S MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS [DKT. NO. 62].  In compliance with Civil L.R. 5-4.3.4, I hereby attest that Chris Sargent has concurred in this filing's content and has authorized this filing.

Dated:  June 30, 2014               By: /s/ Heather F. Auyang
                                    Heather F. Auyang

3

**PARTIES' STIPULATION TO MOVE HEARING DATE FOR PLAINTIFF RICHARD CHANG'S MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS [DKT. NO. 62]**
**Case No. 2:14-cv-04511-SJO-RZ**