| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | Jack Russo (Cal. Bar No. 96068)<br>Christopher Sargent (Cal. Bar No. 246285)<br>ENTREPRENEUR LAW GROUP LLP<br>401 Florence Street<br>Palo Alto, CA 94301<br>650-327-9800<br>650-618-1863 (fax)<br>jrusso@computerlaw.com<br>csargent@computerlaw.com<br><br>Attorneys for Plaintiff<br>RICHARD L. CHANG | LEE TRAN & LIANG LLP<br>Enoch H. Liang (SBN 212324)<br>enoch.liang@ltlattorneys.com<br>Heather F. Auyang (SBN 191776)<br>heather.auyang@ltlattorneys.com<br>601 S. Figueroa Street, Suite 3900<br>Los Angeles, CA 90017<br>Telephone: (213) 612-8900<br>Facsimile: (213) 612-3773<br><br>Attorneys for Defendants and Counterclaimants Zheng Tao Han, Chi-Ming Wu a/k/a Fred Wu, Biosuccess Biotech, Co. Ltd. (Cayman), and Biosuccess Biotech, Co. Ltd., (Nevada) |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD L. CHANG,<br><br>    Plaintiff,<br><br>    v.<br><br>ZHENG TAO HAN, an individual; and CHI-MING WU A/K/A FRED WU, an individual, BIOSUCCESS BIOTECH, CO., LTD., a Cayman Islands Corporation, BIOSUCCESS BIOTECH, CO., LTD., a Nevada Corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:14-cv-04511-SJO-RZ<br><br>**[~~PROPOSED~~] ORDER GRANTING PARTIES' STIPULATION TO MOVE HEARING DATE FOR PLAINTIFF RICHARD CHANG'S MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS [DKT. NO. 62]** |
| ZHENG TAO HAN, an individual, BIOSUCCESS BIOTECH, CO., LTD., a Cayman Islands Corporation, BIOSUCCESS BIOTECH, CO., LTD, a Nevada Limited Liability Company,<br><br>    Counterclaimants,<br><br>    v.<br><br>RICHARD L. CHANG,<br><br>    Counterclaim Defendant. | |

1

## [~~PROPOSED~~] ORDER

2

3   Pursuant to the Parties' Stipulation: (1) the July 21, 2014 hearing date
4 currently set for Plaintiff's Motion to Dismiss Defendants' Amended Counterclaims
5 shall be taken off-calendar; (2) the hearing date for Plaintiff's Motion to Dismiss
6 Defendants' Amended Counterclaims is set for August 11, 2014; (3) Defendants'
7 Opposition is due on July 21; and (4) Plaintiff's Reply is due July 28.

8

9  **IT IS SO ORDERED.**

10

11

12  Dated: July 3, 2014

*S. James Otero*

Hon. S. James Otero
U.S. District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO MOVE
HEARING DATE FOR [DKT. NO. 62]
Case No. 2:14-cv-04511-SJO-RZ**